UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL AUSBIE, et al., ) | Case No.: 1:15-cv-01784 -AWI- JLT |
| Plaintiffs, ) ) | ORDER DIRECTING PLAINTIFFS TO PAY THE FILING FEE OR FILE A MOTION TO PROCEED IN FORMA PAUPERIS |
| v. ) ) | |
| JUDGE LOUIE VEGA, et al., ) ) | |
| Defendants. ) ) | |

Plaintiffs initiated this action by filing a complaint on November 30, 2015. As a general rule, all parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. 28 U.S.C. § 1915(a). However, the Court may authorize the commencement of an action without the filing fee "by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefore." 28 U.S.C. § 1915(a)(1). Therefore, an action may proceed despite a failure to prepay the filing fee only if leave to proceed in forma pauperis ("IFP") is granted by the Court. *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999).

Here, Plaintiffs failed to pay the requisite filing fee or to file a motion to proceed IFP, and the matter cannot proceed before the Court at this time.

///

///

1

Accordingly, **IT IS HEREBY ORDERED**:

1. Plaintiffs **SHALL** pay the filing fee within 21 days of service of this order, *or*
2. In the alternative, Plaintiffs **SHALL** file a motion to proceed in forma pauperis within 21 days of service.
3. <u>Failure to comply with this order may result in dismissal of this action pursuant to Local Rule 110.</u>

IT IS SO ORDERED.

Dated:   **December 2, 2015**                    **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE